PHILLIP A. TALBERT
Acting United States Attorney
EMILY SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

**Dec 20, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br>The person of LOUIS MENDONSA and the<br>SUBJECT PREMISES and SECOND<br>SUBJECT PREMISES where MENDONSA<br>stores his belongings, and any electronic<br>devices contained therein | CASE NO.   2:22-SW-870-AC<br><br>REQUEST TO UNSEAL SEARCH WARRANT<br>AND SEARCH WARRANT AFFIDAVIT |

        The search warrant in the above-captioned proceeding has been executed  As a result, there is no need for the search warrant or search warrant affidavit to remain under seal.  Accordingly, the United States asks that the Court order that the search warrant and search warrant affidavit be unsealed.

  Dated:  December 20, 2022                    PHILLIP A. TALBERT
                                               Acting United States Attorney


                                                /s/ Emily Sauvageau
                                               EMILY SAUVAGEAU
                                               Assistant United States Attorney