PHILLIP A. TALBERT
Acting United States Attorney
EMILY SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Dec 20, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br>The person of LOUIS MENDONSA and the SUBJECT PREMISES and SECOND SUBJECT PREMISES where MENDONSA stores his belongings, and any electronic devices contained therein | CASE NO.  2:22-SW-870-AC<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated:   December 20, 2022

_____
HONORABLE JUDGE JEREMY PETERSON
U.S. Magistrate Judge